In the Matter of the Accounting of MARTIN J. KEOGH, as Trustee under the Will of DAVID JONES, Deceased, Respondent.

ATALA W. THAYER et al., Appellants.

(Submitted December 10, 1906; decided December 18, 1906.)

Motion for re-argument denied, with ten dollars costs. (See 186 N. Y. 544.)

---

HERBERT ROGERS, Appellant, v. THE CITY OF ROME, Respondent.

*Rogers* v. *City of Rome*, 108 App. Div. 358, affirmed.
(Argued November 23, 1906; decided December 21, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 13, 1905, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial, and granted a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Howard C. Wiggins* for appellant.

*M. J. Larkin* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.